**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION
AND STATEMENT OF REASONS**

Case Name:    US vs Jermaine L. Richardson

Case Number: 02-20083

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report, Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on _____August 11, 2005_____.
                                                         (Date)

Received by:

s/J. Newlin
_____
U.S. Probation Office